DAVIDSON LAW GROUP, ALC
Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

ERGONIQ LLC
David W. Long
longdw@ergoniq.com
(*pro hac vice* to be filed)
8200 Greensboro Dr. Suite 900
McLean, VA  22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DMF, Inc.,<br><br>            Plaintiff,<br><br>    v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting and ELCO Lighting Inc.,<br><br>            Defendant. | Case No.  2:19-cv-4519-ODW-JPR<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## Complaint For Patent Infringement

This is a patent infringement action arising out of the copying of the ornamental design of Plaintiff DMF Inc.'s ("DMF's") DRD2 LED Module by Defendant AMP Plus Lighting, Inc. ("ELCO").  DMF seeks damages and injunctive relief based on ELCO's infringement of DMF's U.S. Patent No. D847414 ("the D'414 Patent") entitled a "Lighting Module" and U.S. Patent No. D847415 ("the D'415 Patent") entitled "Unified Casting Lighting Module" (collectively "the patents-in-suit").

## I. Parties

1.     Plaintiff DMF, Inc. ("DMF" or "Plaintiff") is headquartered and has manufacturing facilities within this District at 1118 East 223rd Street, Carson, California 90745.

2.     Defendant AMP Plus, Inc., d/b/a ELCO Lighting and ELCO Lighting Inc. ("ELCO" or "Defendant") is incorporated in the State of California and has a principal place of business located within this District at 2042 East Vernon Avenue, Vernon, California 90058.

## II. Jurisdiction and Venue

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendant ELCO in this action because, among other reasons, ELCO has committed acts within the Central District of California giving rise to this action and have established minimum contacts with the forum state of California, including by establishing a regular and established place of business within this District.  ELCO has committed and continues to commit acts of infringement in this District by, among other things, offering for sale or selling products that infringe the patents-in-suit.  ELCO has purposefully availed itself of the benefits of doing business in the State of California and the exercise of jurisdiction over ELCO would not offend traditional notions of fair play and substantial justice.  ELCO is registered to do business in the State of California and has appointed as its agent for service of process its President at 2042 E Vernon Ave, Vernon, CA  90058.

5.     Venue is proper in this District under 28 U.S.C. § 1400(b) because ELCO resides in and has a regular and established place of business in this District (2042 East Vernon Avenue, Vernon, CA  90058) and has committed acts of patent infringement in this District.

### III.   The Patents-In-Suit

6.     On April 30, 2019, the D'414 Patent, entitled "Lighting Module," was duly and legally issued by the U.S. Patent and Trademark Office ("U.S. Patent Office") to DMF's inventors Michael D. Danesh and Dan Hero De Guzman Cajumban.  A true and correct copy of the D'414 Patent is attached as Exhibit A. The D'414 Patent is valid, enforceable and in full force and effect.

7.     DMF is the owner and assignee of all rights, title and interest in the D'414 Patent, including the right to bring this action and enforce the D'414 Patent against infringers, and to collect damages for all relevant times.

8.     On April 30, 2019, the D'415 Patent, entitled "Unified Casting Lighting Module," was duly and legally issued by the U.S. Patent Office to DMF's inventors Danesh and Cajumban.  A true and correct copy of the D'415 Patent is attached as Exhibit B.  The D'415 Patent is valid, enforceable and in full force and effect.

9.     DMF is the owner and assignee of all rights, title and interest in the D'415 Patent, including the right to bring this action and enforce the D'415 Patent against infringers, and to collect damages for all relevant times.

### IV.   Factual Background

10.     DMF is a leading manufacturer of residential and commercial downlighting.  DMF's products stand out for their forward-thinking industrial designs, and are selected by specifiers for prestigious new constructions throughout the United States.  DMF's headquarters and manufacturing facilities in Carson, California include a state-of-the-art research and development laboratory where engineers and product designers work to improve existing products and develop new ones.  DMF invests substantially in its continuing efforts to develop leading innovations in the LED lighting industry and has been awarded a number of industry awards as well as United States patents on its innovations.

11.     DMF developed a rigorous quality control program for its products that has earned and maintained DMF's reputation as a leading supplier of LED lighting

products that can be trusted to perform as advertised.  All DMF products undergo a rigorous, multi-tiered testing process to ensure that they meet DMF's stringent performance standards.  DMF employs a number of U.S. military veterans in its operation and performs quality-control testing procedures developed by the U.S. military.  As a result, DMF's lighting fixtures have an industry leading success rate.

12.     DMF makes, sells, and promotes light modules whose ornamental designs are protected by the '414 Patent and the '415 Patent.  These light modules include the DRD2 LED Module, an image of which is shown below:

13.     DMF started marketing and selling its DRD2 LED Module-based lighting system products in 2014.  For example, below is an image from a brochure of various sales tools that DMF provided on the DRD2 LED Module by at least December 2014.

Brochure



Counter Mat



Sample Case



Counter Display



Pull-up Banner



**2014 Sales Tools for DRD2 LED Module Products**

14.     By early 2015, the DRD2 LED Module-based lighting system was a prominent part of DMF's public website.

15.     DMF showcased its DRD2 LED Module at many industry tradeshows since at least June 2014, including:

- LIGHTFAIR International 2014, Las Vegas, NV (June 3-5, 2014)
- LIGHTFAIR International 2015, New York, NY (May 5-7, 2015)
- LIGHTFAIR International 2016, San Diego, CA (April 26-28, 2016)
- LIGHTFAIR International 2017, Philadelphia, PA (May 7-9, 2017)
- LIGHTFAIR International 2018, Chicago, IL (May 8-10, 2017)



**DRD2 LED Module Display at LIGHTFAIR International 2014 Tradeshow**

16.     DMF has complied with the marking requirements of 35 U.S.C. § 287(a) as of April 30, 2019 by marking its products patented and providing a link to a webpage on its website identifying the D'414 Patent and the D'415 Patents.

## V.   ELCO And Its Infringing LED Module Designs

17.     On information and belief, ELCO is a commodity-grade supplier of lighting fixtures that owns the website at www.elcolighting.com.  On information and belief, after seeing the success of DMF's DRD2 Module, ELCO decided to make imitation modules and sell them under the name ELL Module.  On information

and belief, after issuance of the D'414 and D'415 Patent, ELCO has been offering for sale and selling ELL Modules.

18.     Before, on and after May 21, 2019, ELCO has advertised at least one version of the ELL Module ("**Version A**") on its website at https://elcolighting.com/sites/default/files/dl-resource/files/ELCO_ElecNewsAd_18_06_web.pdf to promote sales of both the ELL LED Module and "Flexa" Trims that can be attached to the ELL LED Module:



A true and correct copy of an ELCO advertisement for the ELL LED Module and Flexa Trims is attached hereto as Exhibit C.

19.     Before, on and after May 22, 2019, ELCO has offered the ELL LED Module for sale, and ELCO has advertised ELL LED Modules on its website, such as at https://elcolighting.com/sites/default/files/dl-resource/files/%230243_NoPrice_Color.pdf as the "Commercial Construction E.L.L. System along with housings and trims compatible with the system:



A true and correct copy of the advertisement is attached hereto as Exhibit D.

20.     On, before and after May 22, 2019, ELCO also has advertised its ELL LED Module on its website at www.elcolighting.com/products/commercial-

construction-ell-led-module#product-sku and identifies it as covered by ELCO's design patent, U.S. Patent D820494 (the "ELCO D'494 Patent").   A true and correct copy of a printout of this webpage is attached as Exhibit E and an excerpt as it appears on the website is shown below, with ELCO's D'494 Patent highlighted:

**PRODUCT FEATURES**



    

 

- Module used with E.L.L Commercial Housing for 0-10V dimming and/or Emergency battery back-up options
- Smooth lens provides even lighting illuminations
- Works in 4" and 6" housing with twist-&-lock trims
- Excellent color rendering 93+ CRI
- U.S Patent D820494 & Patents Pending
- Beam angles are 60° standard and 10°, 25°, 36° optional.

21.     ELCO also offers a second version of the ELL Module ("**Version B**"), which it also identifies as using the same design shown in the ELCO D'494 Patent on https://elcolighting.com/products/commercial-construction-ell-led-module.   A true and correct copy of a printout of this webpage is attached as Exhibit F and an excerpt as it appears on the website is shown below, with ELCO's 'D494 Patent highlighted:



**PRODUCT IMAGE**

**LINE ART**

Dimension



**PRODUCT FEATURES**

- Module used with E.L.L Commercial Housing for 0-10V dimming and/or Emergency battery back-up options
- Smooth lens provides even lighting illuminations
- Works in 4" and 6" housing with twist-&-lock trims
- Excellent color rendering 93+ CRI
- U.S Patent D820494 & Patents Pending
- Beam angles are 60° standard and 10°, 25°, 36°

22.     ELCO also promoted the Version A and Version B ELL Modules at the LightFair trade show starting on Monday May 20, 2019.  A photograph of an ELCO display at the trade show promoting these modules is shown below:



23.     Attached hereto as Exhibit G is a true and correct copy of the ELCO D'494 Patent showing the design that ELCO considers to be used by both the its ELL Modules.  The ELCO D'494 Patent claims the "ornamental design for an

integrated lighting module housing, as shown and described."  Figures 1, 2, and 7 of

ELCO D'494 Patent are shown below:



FIG. 1



FIG. 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**FIG. 7**

24.     The ELCO D'494 Patent covers ELCO's Version A ELL Module.

25.     The ELCO D'494 Patent covers ELCO's Version B ELL Module.

26.     The ELCO D'494 Patent was issued on July 12, 2018 based on Application Serial No. 29/594,122 ("the ELCO Design Application").  The application was filed on February 17, 2017 by Brandon Cohen, who on information and belief is Operations Manager of ELCO.  Brandon Cohen filed the ELCO Design Application more than two years after DMF started selling the DRD2 Module.  On information and belief, Brandon Cohen created the design in the ELCO Design Application by copying DMF's DRD2 Module, which was already a successful product by the time he filed the ELCO Design Application in February 2017. However, in violation of the duty of good faith and candor owed by all patent applicants to the U.S. Patent Office, Brandon Cohen failed to disclose to the Patent Office that ELCO's design was based on the DRD2 Module or even cite the DRD2

Module to the U.S. Patent Office in connection with his patent application.  As a result, on May 2, 2018, the Patent Office Examiner who reviewed the ELCO Design Application, Primary Examiner Angela Lee, allowed the ELCO Design Application to issue as the D'494 Patent.

27.     Because ELCO's Brandon Cohen and others who had a duty to disclose the DRD2 prior art to the Patent Office did not inform the Patent Office about DMF's prior art DRD2 Module and applied for a design patent on it, the U.S. Patent Office was misled into believing that ELCO was the original inventor of DMF's design.  On July 24, 2018, during prosecution of DMF's own design patent applications, Examiner Angela Lee, who issued the ELCO D'494 Patent, rejected DMF's claim on the design shown in DMF's related Application Serial No. 29/663,040 as anticipated by ELCO's 'D494 Patent.  Examiner Lee stated that "the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention."  Examiner Lee explained the U.S. Patent Office determination that DMF's design was anticipated by ELCO's design, stating:

> "The appearance of D820,494 is substantially the same as that of the claimed design.  …  Both lighting modules have the same overall shape and proportions, including the same shape and number of fins located on a base with the same recessed and protruding edges, and include the same two circular openings surrounded by a curved linear feature."[1]

To further demonstrate the similarity in the ELCO and DMF designs, Examiner Lee provided the following comparison of the drawings in ELCO's D'494 Patent and the DMF patent application then under review:

---

[1] Application Ser. No. 29/638,259 (July 24, 2018 Office Action) at 3.



**[ELCO's U.S. Patent No.  D820494 Cited By Patent Office**

**As Anticipating DMF's Patent Application]**



**[DMF's U.S. Patent Appln. No. 29/663,040]**

28.     DMF was able to demonstrate to the U.S. Patent Office the chain of

continuity of its own patent applications, which have an earlier effective filing date

than the ELCO Design Patent Application.  Therefore, the Patent Office withdrew

the rejection in further prosecution of related applications filed by DMF.  The U.S. Patent Office later issued the D'414 and D'415 Patents to DMF on April 30, 2019.

**VI.     Claims for Relief**

**COUNT I:  INFRINGEMENT OF THE D'414 PATENT**

29.     DMF hereby incorporates paragraphs 1 – 28 as if fully set forth herein.

30.     The claimed design of the D'414 Patent is shown in Figures 1 and 2 of the patent and described in the accompanying figure descriptions, which indicate that broken lines do not show the claimed design.  *See* Exhibit A.   Images of the claimed design are shown below, including a portion of Figure 1 showing the claimed design, followed by Figure 2 of the D'414 Patent:





31.     On information and belief, ELCO makes, uses, offers for sale, sells, imports and supplies to the United States infringing ELCO ELL LED Modules.

32.     ELCO offers the ELL LED Modules for sale, including through its website and, on information and belief, through sales representatives and others acting in concert with ELCO.  An image of the Version A ELL LED Module from ELCO's website, which ELCO marks as using the design of ELCO D'494 Patent, is shown below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14   33.     An image of the Version B ELL LED Module from ELCO's website,
15   which ELCO also marks using the same ELCO D'494 Patent, is shown in the image
16   below from that website:

17
18
19
20
21
22
23
24
25
26
27
28



34.     On information and belief, ELCO also offers to sell and sells both the Version A and Version B of the ELL Modules through distributors, including online distributors and, on information and belief, brick and mortar distributors that do not publicly show the products they sell on any website.  A representative image of an ELL Module Version A ELL Module offered for sale as of May 21, 2018 by ELCO's online distributor Bees Lighting is shown below:



35.     In the eye of the ordinary observer familiar with the relevant prior art, giving such attention as a purchaser usually gives, the claimed design of the D'414 Patent and the design of the Version A and Version B ELL Modules are substantially the same, such that the ordinary observer would be deceived into believing that the design of the ELL Modules is the design claimed in the D'414 Patent.

36.     DMF did not give ELCO authorization or license to make, use, offer to sell, or sell the infringing products. ELCO has applied the D'414 Patent patented design, or at least a colorable imitation thereof, to the ELL LED Modules for purposes of sale.  ELCO sells and exposes for sale the ELL LED Modules to which

1  the D'414 Patent patented design, or at least colorable imitation thereof, has been

2  applied.

3      37.    ELCO has directly infringed, and continues to directly infringe, the

4  D'414 Patent by making, using, offering to sell, selling, and/or importing the ELL

5  Modules having substantially the same ornamental design as the design claimed in

6  the D'414 Patent, in violation of 35 U.S.C. §§ 271(a) and 289.  As a result of

7  ELCO's infringement, DMF is entitled to damages of at least a reasonable royalty

8  for the infringement, lost profits for the infringement, disgorgement of ELCO's

9  profits and/or at least $250 for each ELL LED Module to which ELCO LED Module

10  for which ELCO has applied the D'414 Patent patented design or colorable imitation

11  thereof.

12           **COUNT II:  INFRINGEMENT OF THE D'415 PATENT**

13      38.    DMF hereby incorporates paragraphs 1 - 38 as if fully set forth herein.

14      39.    The claimed design of the D'415 Patent is shown in Figures 1 and 2 of

15  the patent and described in the accompanying figure descriptions, which indicate that

16  broken lines do not show the claimed design.  *See* Exhibit A.   Images of the claimed

17  design are shown below:

18

19

20

21  

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8



9

10       40.     In the eye of the ordinary observer familiar with the relevant prior art,

11   giving such attention as a purchaser usually gives, the claimed design of the D'415

12   Patent and the design of the ELL Modules shown above are substantially the same,

13   such that the ordinary observer would be deceived into believing that the design of

14   the Version A and Version B ELL Modules is the design claimed in the D'415

15   Patent.

16       41.     DMF did not give ELCO authorization or license to make, use, offer

17   to sell, or sell the infringing products.  ELCO has applied the D'415 Patent patented

18   design, or at least a colorable imitation thereof, to the ELL LED Modules for

19   purposes of sale.  ELCO sells and exposes for sale the ELL LED Modules to which

20   the D'415 Patent patented design, or at least colorable imitation thereof, has been

21   applied.

22       42.     ELCO has directly infringed, and continues to directly infringe, the

23   D'415 Patent by making, using, offering to sell, selling and/or importing the ELL

24   Modules having substantially the same ornamental design as the design claimed in

25   the D'415 Patent, in violation of 35 U.S.C. §§ 271(a) and 289.  As a result of

26   ELCO's infringement, DMF is entitled to damages of at least a reasonable royalty

27   for the infringement, lost profits, disgorgement of ELCO's profits and/or at least

28

$250 for each ELL LED Module to which the ELCO LED Module for which ELCO has applied the D'415 patent patented design or colorable imitation thereof.

## VII.   Prayer For Relief

Plaintiff DMF respectfully requests the following relief from the Court:

A.      A judgment that ELCO has infringed the 'D414 Patent;

B.      A judgment that ELCO has infringed the 'D415 Patent;

C.      A judgment and order requiring ELCO to pay DMF its damages, costs, expenses, prejudgment interest and post-judgment interest for ELCO's acts of infringement in accordance with 35 U.S.C. §§ 284 and 289, including at least a reasonable royalty, lost profits, disgorgement of ELCO's profits and/or $250 per infringing article;

D.      Injunctive relief; and

E.      Any and all other relief to which DMF may show itself to be entitled.

Dated: May 28, 2019          By:  /s/ Ben M. Davidson
                                   DAVIDSON LAW GROUP, ALC
                                   Ben M. Davidson (State Bar No. 181464)
                                   ben@dlgla.com
                                   4500 Park Granada Blvd, Suite 202
                                   Calabasas, California  91302
                                   Office: (818) 918-4622
                                   Fax: (310) 473-2941

                                   *Attorneys for Plaintiff DMF, Inc.*

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, DMF requests a trial by jury of any issues so triable by right.

Dated: May 28, 2019          By:  /s/ Ben M. Davidson
                                  DAVIDSON LAW GROUP, ALC
                                  Ben M. Davidson (State Bar No. 181464)
                                  ben@dlgla.com
                                  4500 Park Granada Blvd, Suite 202
                                  Calabasas, California  91302
                                  Office: (818) 918-4622
                                  Fax: (310) 473-2941

                                  *Attorneys for Plaintiff DMF, Inc.*

**Exhibits**

- Exhibit A – U.S. Patent No. D847414
- Exhibit B - U.S. Patent No. D847415
- Exhibit C – ELCO Website at https://elcolighting.com/sites/default/files/dl-resource/files/ELCO_ElecNewsAd_18_06_web.pdf
- Exhibit D - ELCO Website at https://elcolighting.com/sites/default/files/dl-resource/files/%230243_NoPrice_Color.pdf
- Exhibit E - ELCO Website at www.elcolighting.com/products/commercial-construction-ell-led-module#product-sku
- Exhibit F - ELCO Website at https://elcolighting.com/products/commercial-construction-ell-led-module
- Exhibit G – U.S. Patent No. U.S. Patent No. D820494