Ben M. Davidson, Esq., Bar No. 181464
*ben@dlgla.com*
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Telephone: (818) 918-4622

David W. Long, Esq. (admitted *pro hac vice*)
*longdw@ergoniq.com*
ERGONIQ LLC
8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff
DMF, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting and d/b/a ELCO Lighting Inc.,<br><br>    Defendant. | Case No.  2:19-cv-4519-CAS-GJS<br><br>**Notice Of Motion And Motion of Plaintiff DMF Inc. To Compel Interrogatory Responses And Requests For Production**<br><br>Hearing Date: Subject to Court Order<br><br>Time:  TBD<br><br>Ctrm: 640 Roybal Federal Building and United States Courthouse<br><br>U.S. Magistrate Judge Gail J. Standish |

TO DEFENDANT AMP PLUS INC. ("ELCO") AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff DMF Inc. ("DMF") will and hereby does move the Court for an order compelling responses to interrogatories and the production of documents and things in response to DMF's First Set of Interrogatories and First Set of Requests For Production. This Motion to Compel is brought pursuant Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure; Rule 37 of the Local Rules of this Court, the Court's Procedures for Discovery Motions, the Court's July 30, 2020 Order (Dkt. No. 39); and, is made on the grounds that the requested discovery is well within the scope of Fed. R. Civ. P. Rule 26(b)(1), and Defendant AMP Plus, Inc. d/b/a ELCO Lighting and d/b/a ELCO Lighting Inc.'s ("ELCO") failure to comply with its discovery obligations is without justification. This Motion is based on the Joint Email submitted to the Court on July 30, 2020; DMF's Opening Brief, submitted concurrently herewith; the accompanying Declaration of Ben M. Davidson and the exhibits thereto; and, any reply or supplemental memoranda that may be filed. A [Proposed] Order has also been concurrently submitted.

Respectfully submitted,

August 3, 2020

/s/ Ben Davidson
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

1
2                                                 David W. Long
3                                                 longdw@ergoniq.com
4                                                 (admitted pro hac vice)
ERGONIQ LLC
5                                                 8200 Greensboro Dr. Suite 900
6                                                 McLean, VA 22102
Office: (202) 847-6853
7                                                 Attorneys for Plaintiff DMF, Inc.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DMF Inc.'s Notice of Motion and Motion To Compel
Case No. 2:19-cv-4519-CAS-GJS