1  Ben M. Davidson (State Bar No. 181464)
   ben@dlgla.com
2  DAVIDSON LAW GROUP, ALC
   4500 Park Granada Blvd, Suite 202
3  Calabasas, California  91302
   Office: (818) 918-4622
4  Fax: (310) 473-2941

5  David A. Long
   dwlong@ergoniq.com
6  ERGONIQ LLC
   8200 Greensboro Dr. Suite 900
7  McLean, VA  22102
   Office: (202) 847-6853
8
9  *Attorneys for Plaintiff DMF, Inc.*

10              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11

12  | DMF, Inc., a California corporation, | Civil Action No. Case No. 2:19-cv-4519-CAS-GJS |
    |---|---|
    | Plaintiff, | |
    | v. | **Stipulation Regarding Depositions of Brandon and Saeed ("Steve") Cohen; [Proposed] Order submitted concurrently herewith** |
    | AMP Plus, Inc. d/b/a ELCO Lighting, and d/b/a ELCO Lighting Inc., | |
    | Defendant. | |

Plaintiff DMF Inc. ("DMF") and Defendant AMP Plus, Inc. dba ELCO Lighting ("ELCO") have conferred and respectfully submit this stipulation and accompanying proposed order to resolve a discovery dispute as to the depositions of Brandon and Saeed ("Steve") Cohen as follows:

1. ELCO will make Brandon Cohen available for a remote deposition at Bryan Cave's office in Santa Monica on September 2, 2020 at 9:30 a.m., and Steve Cohen available for a remote deposition at this office on September 3, 2020 at 9:30 a.m.

2. Counsel for DMF will not attend these depositions in person and will arrange for a remote court reporter and videographer using Zoom through a Court reporting service, Digital Evidence Group.

3. ELCO will send by Federal Express six copies of each of its "Version A" and "Version B" ELL modules for delivery to counsel for DMF Mr. Davidson by August 26, 2020.

4. The parties will confer after these depositions are concluded regarding any need for additional depositions of ELCO employees Sung Jung and Don Smith.

The parties respectfully request that the Court enter the proposed order submitted concurrently herewith on this stipulation.

Respectfully submitted,

Dated: August 21, 2020

By: __/s/ Ben Davidson
Ben M. Davidson
DAVIDSON LAW GROUP, ALC
*Attorneys for Plaintiff DMF, Inc.*

By: /s/ with permission by BMD
Robert E. Boone III
BRYAN CAVE LEIGHTON PAISNER

*Attorneys for Defendant
AMP Plus, Inc.*

Stipulation Regarding Brandon and Steve Cohen Depositions
Case No. 2:19-cv-4519-CAS-GJS                                         - 1 -

**Certification Pursuant To Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to Robert E. Boone, counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

Dated: August 21, 2019     By: /s/ Ben M. Davidson
                                 Ben M. Davidson