UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4519-CAS (GJSx) | Date | September 10, 2020 |
|---|---|---|---|
| Title | DMF Inc. v. AMP Plus, Inc., et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|
| E. Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS)

The Court is in receipt of the parties' e-mail, dated today, seeking a pre-discovery motion teleconference with the Court. The parties in this case have been unable to agree on the most basic of issues throughout the entirety of this litigation. Because they dispute basic facts here, which would require the Court to review transcripts and other evidence, the issue raised in their e-mail related to the deposition of ELCO's president, Steve Cohen, cannot be decided on an informal basis. Given that the discovery cutoff is less than three weeks away – and the fact that the Court will be dark for a week in late September – there is insufficient time for the parties to fully brief the issue, and for the Court to thereafter decided the issue, under the Local Rules. Plaintiff's request is therefore untimely.

The Court notes that it appears Plaintiff made a tactical decision not to proceed with the deposition at issue when it could have done so and, if there was a demonstrated issue with Mr. Cohen's substantive testimony, sought an extension of time from the District Judge to brief that limited issue to this Court. Plaintiff instead chose to forego the deposition completely in hopes that the Court would order the deposition be taken at a later date. Plaintiff made this decision knowing full well that the discovery cutoff was a mere three weeks away. As this juncture, the Court does not believe any extension of time is appropriate, but that is not for this Court to decide.

:
Initials of Preparer   efc