**BUCHALTER**
A Professional Corporation
J. Rick Taché (SBN: 195100)
Kari L. Barnes (SBN: 253640)
Roger L. Scott (SBN: 247165)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone:  949.760.1121
Facsimile:   949.720.0182
E-mail:   rtaché@buchalter.com
          kbarnes@buchalter.com
          rscott@buchalter.com

Attorneys for Defendants,
AMP Plus, Inc. doing business as
ELCO Lighting and ELCO Lighting, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, INC. a California Corporation, | Case No. 2:19-cv-4519-CAS-GJSx |
| Plaintiff, | |
| v. | **NOTICE OF *ERRATA*** |
| AMP PLUS, INC. d/b/a ELCO LIGHTING, a California Corporation; ELCO LIGHTING, INC., a California corporation; | |
| Defendants. | |

1  On January 6, 2021, Defendants AMP Plus, Inc. and ELCO Lighting, Inc. ("ELCO") filed an *ex parte* Application for an Order Continuing the Deposition of Saeed "Steve" Cohen. ECF No. 65. That same day, the Court granted ELCO's application. ECF No. 66.

At 6:35 p.m. on the evening of January 6, 2021, ELCO received an email from DMF alleging ELCO made misstatements in its application and supporting declaration, and demanding that ELCO withdraw its application. A true and correct copy of DMF's January 6, 2021 6:35 p.m. email is attached hereto as Exhibit 1.

ELCO reviewed DMF's email and found the allegations to be unfounded with one exception. DMF noted that Magistrate Judge Standish's September 10, 2020 Minute Order (ECF No. 52) cited in ELCO's application (*see*, ECF No. 65 at 7:25-8:5) related to Mr. Cohen's deposition as a fact witness and not as an expert witness, which was the subject of ELCO's application. ELCO's counsel misunderstood the context of the September 20, 2020 Minute Order. ELCO's counsel did not intend to misrepresent the Court's prior ruling or mislead the Court in any way. Accordingly, ELCO withdraws the portion of its application that refers to or relies on that Minute Order, specifically ECF No. 65 at 7:25 through 8:5. ELCO's counsel apologizes to the Court and DMF for any confusion or inconvenience.

DATED: January 6, 2021

BUCHALTER
A Professional Corporation

By: */s/ Roger L. Scott*

BUCHALTER
A Professional Corporation
J. Rick Taché
Kari L. Barnes
Roger L. Scott

Attorneys for Defendants
AMP Plus, Inc. doing business as ELCO Lighting and ELCO Lighting, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 6, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-3.2.1.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

                                             */s/ Roger L. Scott*_____
                                             Roger L. Scott