Ben M. Davidson, Esq., Bar No. 181,464
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Telephone: (818) 918-4622

David W. Long, Esq. (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff
DMF, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation,<br><br>    Defendant. | Case No. 2:19-CV-04519 CAS (GJSx)<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO ENTER PERMANENT INJUNCTION AND CONSENT JUDGMENT**<br><br>[Proposed Permanent Injunction Order and Consent Judgment Submitted Concurrently Herewith]<br><br>Ctrm: 350 W. First Street, Room 8D<br><br>Hon. Christina A. Snyder<br><br>[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL] |

1

*Joint Notice of Settlement and Stipulation to Enter Permanent Injunction and Consent Judgment*

Plaintiff, DMF, Inc.'s ("DMF") and Defendant AMP Plus, Inc. d/b/a ELCO Lighting and d/b/a ELCO Lighting Inc. ("ELCO") jointly submit this notice that on this day the Parties have executed a confidential Settlement Agreement (attached as Exhibit 1) resolving the instant action concerning DMF's assertion of infringement by ELCO of DMF's U.S. Design Patent No. D847414 ("the D'414 Patent" at Dkt 18-1) and U.S. Design Patent No. D847415 ("the D'415 Patent"). As part of the consideration therein, the Parties jointly agreed and hereby stipulate to entry by the Court of the Proposed Permanent Injunction and Consent Judgment submitted contemporaneously herewith, entry of which will enter the permanent injunction and consent judgment as specified therein and terminate this action.

For the foregoing reasons, the parties by and through counsel of record jointly stipulate and respectfully request that the Court enter the Proposed Permanent Injunction and Consent Judgment submitted herewith.

Dated: January 20, 2021

By: /s/ Ben M. Davidson
Ben M. Davidson
DAVIDSON LAW GROUP ALC

David W. Long
ERGONIQ LLC
*Attorneys for Plaintiff, DMF, Inc.*

By: /s/ Rick Taché
J. Rick Taché
BUCHALTER
A Professional Corporation

*Attorneys for Defendant
AMP Plus, Inc., d/b/a ELCO Lighting
and d/b/a ELCO Lighting Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(i)

Pursuant to Section 2(f)(4) of the electronic case filing administrative policies and procedures manual, I hereby certify that the content of this document is acceptable to J. Rick Taché, counsel for ELCO, and I have obtained his authorization to affix his electronic signature to this document.

Dated: January 20, 2021     By:  /s/ Ben M. Davidson
                                 Ben M. Davidson
                                 DAVIDSON LAW GROUP ALC
                                 *Attorneys for Plaintiff, DMF, Inc.*

# EXHIBIT 1

# REDACTED

Filed Under Seal

Exhibit 1, Pages 7-221