Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, and ELCO Lighting Inc.,<br><br>Defendants. | Civil Action No. Case No. 2:19-cv-4519-CAS-GJS<br><br>**Redacted Joint Stipulation Withdrawing Pending Motions to Enforce Settlement Agreement and for Appointment of a Neutral; [Proposed] Order submitted concurrently herewith** |

Plaintiff DMF Inc. ("DMF") and Defendants AMP Plus, Inc. dba ELCO Lighting and ELCO Lighting, Inc. (collectively "ELCO") withdraw pending motions to enforce the Settlement Agreement and respectfully request that the Court appoint a magistrate judge to act as the Neutral under an Agreement to Amend Settlement Agreement (attached as Exhibit 1), where the Neutral will resolve any dispute that may arise regarding the existing Settlement Agreement in this matter, and the Amendment the parties have agreed to enter.  The parties specifically request that the Court appoint Magistrate Judge Alexander MacKinnon to serve as the Neutral.  The parties' stipulation and agreement is based on the following facts:

On January 20, 2021, the Parties entered a Settlement Agreement resolving the instant action concerning DMF's assertion that ELCO infringed DMF's U.S. Design Patent No. D847414 and U.S. Design Patent No. D847415. *See* Dkt 68.  As part of the consideration therein, the Parties jointly agreed to entry of a Proposed Permanent Injunction and Consent Judgment.

On January 21, 2021, this Court entered the Permanent Injunction and Consent Judgment (Dkt. 72).

Thereafter, the parties had disputes relating to the Settlement Agreement.  On March 29, 2021, ELCO filed a motion to enforce the Settlement Agreement (Dkt 75).  On April 5, 2021, DMF filed a motion to enforce the Settlement Agreement (Dkt 79).

On May 3, 2021, the Court held a hearing on both motions to enforce the Settlement Agreement and took them under submission (Dkt. 102).  The Court also instructed the parties to confer further on the dispute and, if unable to reach agreement, seek the assistance of a mediator.  *Id*.

The dispute was referred for mediation to Magistrate Judge Alexander F. MacKinnon.  As a result of that mediation, on August 6, 2021, the parties executed an Agreement to Amend Settlement Agreement that required the parties to submit a Joint Stipulation/Proposed Order for appointment of a Neutral by the Court and

preparation of an Amendment to the existing Settlement Agreement.  The Neutral will resolve any disputes that may arise regarding the preparation of an Amendment to the existing Settlement Agreement and the implementation of that Amendment and the existing Settlement Agreement.

The parties therefore STIPULATE AND AGREE as follows:

1. Both parties withdraw their pending motions to enforce the Settlement Agreement (Dkts 75 and 79);

2. Both parties respectfully request that the Court approve appointment of a Magistrate Judge, preferably Magistrate Judge MacKinnon, to perform the responsibilities of a Neutral as set forth in the Agreement to Amend Settlement Agreement;

3. Both parties respectfully request that the Court enter the proposed order submitted concurrently herewith on this stipulation.

Respectfully submitted,

Dated: August 13, 2021         By:   /s/Ben M. Davidson
                                     Ben M. Davidson
                                     DAVIDSON LAW GROUP, ALC
                                     *Attorneys for Plaintiff DMF, Inc.*

Dated: August 13, 2021         By:   /s/Roger L. Scott (w/ permission)
                                     Roger L. Scott

                                     BUCHALTER
                                     A Professional Corporation
                                     J. Rick Taché
                                     Kari L. Barnes
                                     Roger L. Scott

                                     *Attorneys for Defendant
                                     AMP Plus Lighting, Inc. dba ELCO
                                     Lighting, and ELCO Lighting, Inc.*

**Certification Pursuant To Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to Roger Scott, counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

Dated: August 13, 2021          By: /s/   Ben M. Davidson
                                     Ben M. Davidson

# EXHIBIT 1

# REDACTED PURSUANT TO LOCAL RULE 79-5.2(B)