Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941
David W. Long (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA  22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation,<br><br>Defendants. | Case No.: 2:19-CV-4519 CAS (GJSx)<br><br>**D E N I E D**<br>BY ORDER OF THE COURT<br>[Proposed] Order Granting DMF's Application Under Seal In Support Of Joint Stipulation Withdrawing Pending Motions to Enforce Settlement Agreement and for Appointment of a Neutral<br>Hon. Christina A. Snyder |

Upon review and consideration, Plaintiff DMF, Inc.'s Application to file Material Under Seal in Support of Joint Stipulation Withdrawing Pending Motions to Enforce Settlement Agreement and for Appointment of a Neutral, pursuant to Local Rule 79-5.2.2(b) is hereby GRANTED.

It is hereby ORDERED that Plaintiff DMF, Inc., may file under seal the following documents:

    a.    Exhibit 1 of Joint Stipulation Withdrawing Pending Motions to Enforce Settlement Agreement and for Appointment of a Neutral ("Agreement to Amend").

**IT IS SO ORDERED.**

Dated: August 16, 2021

**DENIED**
BY ORDER OF THE COURT
Hon.  Christina A. Snyder
United States District Judge