Ben M. Davidson, Esq., Bar No. 181,464
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Telephone: (818) 918-4622

David W. Long, Esq. (admitted *pro hac vice*)
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
Telephone: (202) 847-6853

Attorneys for Plaintiff DMF, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, and d/b/a ELCO Lighting Inc.,<br><br>Defendants. | No. Case No. 2:19-cv-4519-CAS-GJSx<br><br>**[Proposed] Order Granting Joint Stipulation Withdrawing Pending Motions to Enforce Settlement Agreement and for Appointment of a Neutral** |

Having considered the parties' Joint Stipulation Withdrawing Pending Motions to Enforce Settlement Agreement and for Appointment of a Neutral, and for GOOD CAUSE shown, the Court hereby orders as follows:

1. Both parties' pending motions to enforce the Settlement Agreement (Dkts 75 and 79) are withdrawn; and

2. The Court refers this matter to Magistrate Judge MacKinnon to perform the responsibilities of the Neutral as set forth in the parties' Agreement to Amend Settlement Agreement.

IT IS SO ORDERED

Dated: August 16, 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court Judge