Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

David W. Long
longdw@ergoniq.com
ERGONIQ LLC
8200 Greensboro Dr. Suite 900
McLean, VA 22102
Office: (202) 847-6853

*Attorneys for Plaintiff DMF, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, and d/b/a ELCO Lighting Inc.,<br><br>Defendant. | Civil Action No. Case No. 2:19-cv-4519-CAS-GJS<br><br>**Joint Notice of Federal Circuit Decision in Inter Partes Review Appeal/Cross-Appeal** |

      Plaintiff DMF Inc. ("DMF") and Defendant AMP Plus, Inc. dba ELCO Lighting ("ELCO") jointly submit this notice of the decision and judgment entered yesterday by the U.S. Cout of Appeals for the Federal Circuit in the inter partes review proceeding before the Patent, Trial and Appeals Board ("the Board"), which decision and judgment are attached hereto as Exhibits 1 and 2, respectively.

      The Federal Circuit's decision:

      1.    Affirmed the Board's decision that ELCO had not shown that the following claims were unpatentable: Claims 1, 2, 4-11, 13-16, 19, 21, 25, 26 and 28-30.

      2.    Affirmed the Board's decision that Claim 17 was not patentable.

      3.    Vacated and remanded the Board's decision that ELCO had not shown that Claim 22 was unpatentable, because the Board had not explained its reasoning sufficiently "to enable judicial review and to avoid judicial displacement of agency authority."

      The parties respectfully request that the Court schedule a status conference to discuss proceeding in the instant case.  Further, the parties apologize for their oversight in not providing notice earlier of the date of the hearing, which hearing was held last week on November 2, 2022.

      At the last status conference, the parties suggested that the Federal Circuit's decision may provide a good opportunity to renew settlement discussions.  DMF would like the case referred to Magistrate Judge MacKinnon for mediation. ELCO's counsel has not had the opportunity to discuss this with its client, but anticipates doing so within the next few days.  We therefore submit this Notice now and will promptly provide an update on any party agreement to mediate.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: November 11, 2022 | By: */s/ David W. Long*<br>David W. Long<br>Ergoniq LLC<br>*Attorneys for Plaintiff DMF, Inc.* |
| Dated: November 11, 2022 | By: */s/ Roger L. Scott*<br>Roger L. Scott<br><br>BUCHALTER<br>A Professional Corporation<br>J. Rick Taché<br>Kari L. Barnes<br>Roger L. Scott<br><br>*Attorneys for Defendant*<br>*AMP Plus Lighting, Inc. dba ELCO Lighting, and ELCO Lighting, Inc.* |

**Certification Pursuant To Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to David W. Long, counsel for Plaintiff, and I have obtained his authorization to affix his electronic signature to this document.

Dated: November 11, 2022      By: */s/ Roger L. Scott*
                                                      Roger L. Scott