1  Ben M. Davidson (State Bar No. 181464)
   ben@dlgla.com
2  DAVIDSON LAW GROUP, ALC
   4500 Park Granada Blvd, Suite 202
3  Calabasas, California 91302
   Office: (818) 918-4622
4  Fax: (310) 473-2941

5  David W. Long (admitted *pro hac vice*)
   longdw@ergoniq.com
6  Robert A. Gutkin (State Bar No. 119781)
   gutkinra@ergoniq.com
7  ERGONIQ LLC
   8200 Greensboro Dr. Suite 900
8  McLean, VA 22102
   Office: (202) 847-6853
9
   *Attorneys for Plaintiff DMF, Inc.*
10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMF, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMP Plus, Inc. d/b/a ELCO Lighting, a California corporation,<br><br>　　　　　Defendants. | Case No.　2:19-CV-4519 CAS (GJSx)<br><br>**Plaintiff DMF's Notice of Motion and Motion On ELCO's Alleged Modified Products**<br><br>Time: TBD<br>Date:　TBD<br>Ctrm: 255 E. Temple St. Room 780<br><br>Hon. Alexander F. MacKinnon |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKENOTICE that at a date and time to be determined by the Court in Courtroom 780 of the United States District Court for the Central District of California, located at 255 East Temple Street in Los Angeles, California, Plaintiff DMF Inc. ("DMF") will and hereby does move he Court for an order as follows:

1. ELCO has not carried its burden to prove that Version 1 to 3 products that ELCO allegedly modified fall outside the "Sales" or "Inventory" provisions of the parties' Settlement Agreement as Amended; and

2. For purposes of the Audit, the allegedly modified Version 1 to 3 products are to be treated as Version 1 to 3 products.

This Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities; previous or concurrently-filed declarations; the orders of the Court and the pleadings on file in this case; and upon such argument as may be received by the Court.

This motion is made following a hearing with Judge MacKinnon who requested a formal noticed motion on the instant dispute.

Respectfully submitted,

Date: December 4, 2022

By: /s/ David W. Long
    David W. Long, Esq.

Ben M. Davidson
DAVIDSON LAW GROUP ALC

David W. Long
Robert A. Gutkin
ERGONIQ LLC

*Attorneys for Plaintiff DMF Inc.*